JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUANITA QUEZADA,                    ) Case No. SACV 12-2145-OP
                                    )
                      Plaintiff,    )
                                    ) JUDGMENT
              v.                    )
                                    )
CAROLYN W. COLVIN,                  )
Commissioner of Social Security,    )
                                    )
                      Defendant.    )

        Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

        IT IS ADJUDGED that Judgment be entered affirming the decision of the
Commissioner of Social Security, and dismissing this action with prejudice.


DATED: October 23, 2013

                            _____
                            HONORABLE OSWALD PARADA
                            United States Magistrate Judge